IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.                                          CRIMINAL NO.  3:08cr35DPJ-LRA

JANICE MARIE SHAW

ORDER OF DISMISSAL
COUNT 2

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court

endorsed herein, the United States Attorney for the Southern District of Mississippi hereby

dismisses Count 2 of the Criminal Indictment against the defendant, JANICE MARIE SHAW,

without prejudice.


DUNN LAMPTON
United States Attorney


Date:   August 13, 2008                     By: s/ Erin O. Chalk
                                            Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal of Count 2.

**SO ORDERED** this the 14th day of August, 2008.

s/ Daniel P. Jordan III
UNITED STATES DISTRICT JUDGE